UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
TRIBECA NIK INC., :
: Civil Action No. 2:24-CV-05856-NG- LGD
Plaintiff, :
:
v. :
:
JTM FOODS LLC, CONCESSION KING LLC :
and SAM BARON, :
:
Defendants. :
:
---------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Tribeca Nik Inc. hereby voluntarily dismiss this action without prejudice.


Dated: September 5, 2024        Respectfully submitted,

                                TARTER KRINSKY & DROGIN LLP

                                By:  *s/ Mark Berkowitz*
                                    Mark Berkowitz
                                    1350 Broadway
                                    New York, NY 10018
                                    Tel.:   (212) 216-8000
                                    Fax:    (212) 216-8001
                                    E-mail: mberkowitz@tarterkrinsky.com


                                *Attorneys for Plaintiff Tribeca Nik Inc.*